IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT N. WASHINGTON,

        Petitioner,

  v.

STATE OF CALIFORNIA,

        Respondent.

_____/

No. C 09-05406 SBA (PR)

**ORDER OF DISMISSAL WITHOUT
PREJUDICE**

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. Petitioner did not respond to the Clerk's notice.

    More than thirty days have passed and Petitioner has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Plaintiff's case.

    IT IS SO ORDERED.

DATED: December 18, 2009

                           _____
                           SAUNDRA BROWN ARMSTRONG
                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT N. WASHINGTON,                          Case Number: CV09-05406 SBA

       Plaintiff,                              **CERTIFICATE OF SERVICE**

  v.

CALIFORNIA STATE et al,

       Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert N. Washington P72776
California State Prison - Solano
P.O. Box 4000
Vacaville, CA 95696-4000

Dated: December 21, 2009

                        Richard W. Wieking, Clerk
                        By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California